| Attorney or Party without Attorney:<br>Eric H. Gibbs, Esq., Bar #178658<br>Girard Gibbs LLP<br>601 California Street, 14th Floor<br>San Francisco, CA 94108<br>Telephone No: 415-981-4800    FAX No: 415-981-4846 | | | | For Court Use Only |
|---|---|---|---|---|
| | | Ref. No. or File No.: | | |
| Attorney for: Plaintiff | | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court - Northern District Of California | | | | |
| Plaintiff: Carol Riva | | | | |
| Defendant: Fresenius Medical Care Holdings, Inc., et al. | | | | |
| **AFFIDAVIT OF SERVICE**<br>**Summons / Complaint** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C130510NJV |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Action; Civil Cover Sheet; Complaint; Certificate Of Interested Parties; Notice Of Pendency Of Other Actions Pursuant To Civil Local Rule 3-13; Order Setting Initial Case Management Conference And Adr Deadlines; Standing Orders Of Magistrate Judge Nandor J. Vadas; Standing Orders For All Judges - Contents Of Joint Case Management Statement; Notice Of Assignment Of Case To A Us Magistrate Judge For Trial; Local Guidelines For Eureka Cases; Consent / Decline To Proceed Before A U S Magistrate Judge

3. a. Party served: Fresenius Medical Care Holdings, Inc. dba Fresenius Medical Care North America
   b. Person served: Deb DeMello, Person Authorized to Accept Service, Caucasian, Female, 55 Years Old, Blond Hair, Wearing Glasses, 5 Feet 4 Inches, 150 Pounds

4. Address where the party was served: CT Corporation System
   155 Federal Street, Suite 700
   Boston, MA  02110

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., Feb. 08, 2013 (2) at: 9:15AM

7. **Person Who Served Papers:**
   a. Ken Ryan
   b. **Class Action Research & Litigation**
   P O Box 740
   Penryn, CA 95663
   c. (916) 663-2562, FAX (916) 663-4955

   Fee for Service:
   I Declare under penalty of perjury under the laws of the State of MASSACHUSETTS that the foregoing is true and correct.

   2-12-13                    (Signature)
   (Date)

8. STATE OF MASSACHUSETTS, COUNTY OF Suffolk
   Subscribed and sworn to (or affirmed) before me on this 12 day of FEBRUARY 2013 by Ken Ryan
   proved to me on the basis of satisfactory evidence to be the person who appeared before me.

   CYNTHIA PARIS
   Notary Public
   Commonwealth of Massachusetts
   My Commission Expires
   December 3, 2015

   AFFIDAVIT OF SERVICE
   Summons / Complaint                       (Notary Signature)             ergib.133388